# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 25-06-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| BLAINE JUSTIN OLDS, | |
| Defendant. | |

After considering the Defendant, Blaine Olds' (Olds) exhibits to his motion for reconsideration, (Docs. 80 and 81) and with good cause shown, IT IS HEREBY ORDERED that the Court is standing on it's previous Order denying Olds' release from custody. (Doc. 79.)

DATED this 16th day of June 2025.

_____
Brian Morris, Chief District Judge
United States District Courts

1